IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WANDA H.,
    Plaintiff,

v.                                    CIVIL NO. 3:22cv00539 (DJN)

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.

## FINAL ORDER
(Adopting Report and Recommendation)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on July 5, 2022. (ECF No. 19). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF. No. 19) is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiff's Motion for Summary Judgment (ECF No. 13) and Motion to Remand (ECF No. 14) are DENIED;

3. Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED;

4. The decision of the Commissioner is AFFIRMED; and,

5. This case is now CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                                          /s/
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Dated: August 25, 2023